Daniel C. Durand III
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas 75067
(972) 221-5655
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-42370 |
| TROY SCHEER | § | |
| NANCY SCHEER | § | |
| | § | CHAPTER 13 |
| DEBTORS | § | |

**AFFIDAVIT**

STATE OF TEXAS          §
COUNTY OF Denton       §

BEFORE ME, the undersigned authority, this day personally appeared Troy Scheer, who, being by me first duly sworn, deposes and states upon oath as follows:

My name is Troy Scheer. I am over the age of eighteen years and in all ways competent to make this sworn statement. The facts herein recited are known to me personally through my personal observations and involvement in the acts and occurrences herein concerned.

The 2012 tax return provided to the Trustee is the return filed with the IRS.

_____
Troy Scheer

SUBSCRIBED AND SWORN TO before me this 4 day of March, 2014.

_____
NOTARY PUBLIC, STATE OF TEXAS

STEPHANIE SKIPWORTH
Notary Public, State of Texas
My Commission Expires
January 14, 2018