DANIEL C. DURAND III
State Bar Card No. 06287570
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas  75067
(972) 221-5655
FAX No. (972) 221-9569
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 13-42370 |
| TROY L. SCHEER | § | |
| NANCY SCHEER | § § | CHAPTER 13 |
| DEBTORS. | § § | |

CERTIFICATE OF SERVICE

The undersigned certifies that the Amended Schedule B was served on all creditors and parties of interest listed on the attached Debtor's Matrix of Mailing Addresses, the IRS, PO Box 7346, Philadelphia, PA 19101 and Janna Countryman, Chapter 13 Trustee, P.O. Box 941166, Plano, Texas, 75094, by first class mail, on 5 day of March, 2014.

Respectfully submitted,

_/s/ Daniel C. Durand III_
DANIEL C. DURAND III
Attorney for Debtor
State Bar Card No. 06287570
DURAND & ASSOCIATES, P.C.
522 Edmonds, Suite 101
Lewisville, Texas  75067
(972) 221-5655
FAX No. (972) 221-9569

```
Label Matrix for local noticing          (p)AMERICREDIT                              AmeriCredit Financial Services, Inc. dba GM
0540-4                                    PO BOX 183853                              P O Box 183853
Case 13-42370                             ARLINGTON TX 76096-3853                    Arlington, TX 76096-3853
Eastern District of Texas
Sherman
Wed Mar  5 15:14:27 CST 2014

American InfoSource LP as agent for       Janna Countryman                           Janna L. Countryman
Methodist Health System                   P.O. Box 941166                            P. O. Box 941166
as assignee of Methodist Dallas Medical   Plano, TX 75094-1166                       Plano, TX 75094-1166
PO Box 248838
Oklahoma City, OK  73124-8838

M. Samuel Daffin II                       Daniel C. Durand III                       James Hogan
Barrett Daffin Frappier Turner & Engel    Durand & Associates, P.C.                  AmeriCredit Financial Services
1900 St. James Place, Suite 500           522 Edmonds, Ste. 101                      4000 Embarcadro Drive
Houston, TX 77056-4125                    Lewisville, TX 75067-3622                  Arlington, TX 76014-4101


JP Morgan Chas                            JPMorgan Chase Bank, N.A.                  JPMorgan Chase Bank, National Association
c/o Barrett Daffin Frappier Turner & Eng  Mail Code LA4-5555                         c/o BDFTE, LLP
15000 Surveyor Blvd., Ste. 100            700 Kansas Lane                            15000 Surveyor Blvd., Suite 100
Addison, TX 75001-4417                    Monroe, LA 71203-4774                      Addison, TX 75001-4417



LVNV Funding, LLC its successors and assigns   Nancy Scheer                          Troy Scheer
assignee of General Electric Capital           4724 Prescott Drive                   4724 Prescott Drive
Corporation                                    Flower Mound, TX 75028-2034           Flower Mound, TX 75028-2034
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Steve Turner                              U.S. Attorney General                      U.S. Trustee
Barrett Daffin Frappier Turner & Engel    Department of Justice                      110 N. College Avenue
610 West 5th Street, Suite 602            Main Justice Building                      Suite 300
Austin, TX 78701-2872                     10th & Constitution Ave., NW               Tyler, TX 75702-7231
                                          Washington, DC 20530-0001

US Trustee                                Velocity Investments LLC
Office of the U.S. Trustee                Glass Mountain Legal Solutions, LLC
110 N. College Ave.                       1930 Thoreau Drive, Ste. 100A
Suite 300                                 Schaumburg, IL 60173-4181
Tyler, TX 75702-7231
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, Texas  76096

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

End of Label Matrix
Mailable recipients    19
Bypassed recipients    1
Total                  20