UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TROY SCHEER | § | CASE NO. 13-42370-R |
| XXX-XX-3259 | § | |
| 4724 PRESCOTT DRIVE | § | CHAPTER 13 |
| FLOWER MOUND, TX  75028 | § | |
| | § | |
| NANCY SCHEER | § | |
| XXX-XX-1282 | § | |
| | § | |
| DEBTORS | § | |

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

NOTICE IS HEREBY GIVEN that the "Trustee's Final Report and Account" has been filed with the Court by the Chapter 13 Trustee, in the case referenced above.

The Trustee's Final Report and Account is available for public inspection using a public computer terminal at any of the following divisional offices of the United States Bankruptcy Clerk:

| Plaza Tower | Wells Fargo Bank Building | Jack Brooks Federal Building |
|---|---|---|
| 110 N. College Avenue, 9th Floor | 660 N. Central Expressway, 3rd Floor | 300 Willow Street, 1st Floor |
| Tyler, Texas | Plano, Texas | Beaumont, Texas |

The Trustee's Final Report and Account also may be viewed at the website of the Chapter 13 Trustee . To view the document, go to [www.ch13tyler.com (for John Talton) or www.13network.com/trustees/pla/plahome.asp (for Carey D. Ebert, Standing Chapter 13 Trustee, Plano)] and then click the hyperlink entitled "Final Reports" or "Trustee's Final Reports". Enter the case number. There is no charge to view, print or download this document from this website . (The Trustee's Final Report is also available through the Court's own PACER system, although appropriate charges for this service will be assessed .)

No hearing will be conducted on any aspect of the Trustee's Final Report unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the Chapter 13 Trustee at the address given in the Trustee's Final Report **within thirty (30) days from date of this notice**. If no objection is timely served and filed, the court may consider and approve the trustee's final report without the necessity of a hearing .

If a written objection is filed, then a hearing shall be scheduled and you will be notified .


Dated:   February 19, 2019               By: /s/ Carey D. Ebert, Chapter 13 Trustee
                                              Office of the Standing Chapter 13 Trustee

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Filing of Final Report and Account has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

TROY SCHEER
NANCY SCHEER
4724 PRESCOTT DRIVE
FLOWER MOUND, TX  75028

DURAND & ASSOCIATES, PC
522 EDMONDS LANE #101
LEWISVILLE, TX  75067

and to the parties on the attached mailing matrix.

Dated: February 19, 2019                          /s/ Carey D. Ebert, Chapter 13 Tr
                                                                               Office of the Standing Chapter 13 Trustee

| | | |
|---|---|---|
| AARONS<br>1165 S. STEMMONS FRWY<br>LEWISVILLE, TX  75067 | AMERICAN INFOSOURCE LP<br>P. O. BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | AMERICREDIT<br>P. O. BOX 183853<br>ARLINGTON, TX  76096-3853 |
| AMERICREDIT FINANCIAL SERVICES, INC.<br>P. O. BOX 183853<br>ARLINGTON, TX  76096 | BARRETT DAFFIN FRAPPIER ET. AL<br>1900 SAINT JAMES PLACE<br>SUITE 500<br>HOUSTON, TX  77056 | BARRETT DAFFIN FRAPPIER TURNER ENGEL, LLP<br>15000 SURVEYOR BLVD SUITE 100<br>ADDISON, TX  75001 |
| BARRETT DAFFIN FRAPPIER TURNER ENGEL, LLP<br>ATTN: ABBEY DREHER<br>4004 BELTLINE RD STE. 100<br>ADDISON, TX  75001 | BRIDLEWOOD FAMILY HEALTHCARE<br>3051 CHURCHILL DRIVE SUITE 100<br>FLOWER MOUND, TX  75022 | GM FINANCIAL<br>1975 S. PRICE ROAD<br>CHANDLER, AZ  85248 |
| GM FINANCIAL<br>801 CHERRY STREET, SUITE 3600<br>ATTN: LEGAL DEPARTMENT<br>FORT WORTH, TX  76102-6855 | GUY VAN DELL<br>2980 LONG PRAIRIE ROAD<br>STE E<br>FLOWER MOUND, TX  75022 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA  19101-7317 | IRS<br>BOX 249<br>MEMPHIS, TN  38101 | JAMES HOGAN<br>P. O. BOX 183853<br>ARLINGTON, TX  76096-3853 |
| JAMES HOGAN<br>AMERICREDIT FINANCIAL SERVICES<br>4000 EMBARCADRO DRIVE<br>ARLINGTON, TX  76014-4101 | JOHN GAINES<br>AMERICREDIT FINANCIAL SERVICES<br>801 CHERRY STREET SUITE 3600<br>ATTN:  LEGAL DEPARTMENT<br>FORT WORTH, TX  76102 | JP MORGAN CHAS<br>C/O BARRETT DAFFIN FRAPPIER TURNER & ENG<br>15000 SURVEYOR BLVD. STE. 100<br>ADDISON, TX  75001 |
| JPMORGAN CHASE BANK, N.A.<br>3415 VISION DRIVE<br>OH4-7142<br>COLUMBUS, OH  43219 | JPMORGAN CHASE BANK, N.A.<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA  71203-4774 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>P. O. BOX 10587<br>GREENVILLE, SC  29603-0587 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SOUTHEAST 2ND AVENUE, SUITE 1120<br>MIAMI, FL  33131-1605 | RENT-A-CENTER<br>1305 S HWY 121<br>LEWISVILLE, TX  75067 | RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>PO BOX 52708<br>IRVINE, CA  92619 |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC<br>P. O. BOX 55004<br>IRVINE, CA  92619-2708 | STEVE TURNER<br>BARRETT DAFFIN FRAPPIER TURNER ENGEL<br>3809 JUNIPER TRACE SUITE 205<br>AUSTIN, TX  78738 | U.S. TRUSTEE<br>110 N. COLLEGE AVENUE<br>SUITE 300<br>TYLER, TX  75702-7231 |

| | | |
|---|---|---|
| US ATTORNEY GENERAL DEPT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVENUE NW<br>WASHINGTON, DC  20530-0001 | US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 NORTH COLLEGE AVENUE, SUITE 300<br>TYLER, TX  75702-7231 | VELOCITY INVESTMENTS LLC<br>GLASS MOUNTAIN LEGAL SOLUTIONS LLC<br>1930 THOREAU DRIVE<br>STE 100A<br>SCHAUMBURG, IL  60173 |
| VELOCITY INVESTMENTS LLC<br>JD RECEIVABLES LLC<br>P. O. BOX 382656<br>GERMANTOWN, TN  38183 | | |

PLA_Notice_TFR